THE STATE OF OHIO, APPELLANT, *v.* RANZY, APPELLEE.

[Cite as *State v. Ranzy,* **134 Ohio St.3d 591, 2012-Ohio-5762.**]

*Court of appeals' judgment affirmed on the authority of* State v. Williams.

(No. 2012-1302—Submitted December 4, 2012—Decided December 7, 2012.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 97275, 2012-Ohio-2763.

_____

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *State v. Williams*, 134 Ohio St.3d 482, 2012-Ohio-5699, ___ N.E.2d ___.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Kristen L. Sobieski, Assistant Prosecuting Attorney, for appellant.

Russell S. Bensing, for appellee.

_____